SADAKICHI MIKI, Appellant, v. NEW YORK LIFE INSURANCE COMPANY, Respondent.— Order denying plaintiff's motion for summary judgment unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Dore and Cohn, JJ.

WILLIAM HODSON, Commissioner of Public Welfare of the City of New York, on Complaint of HELEN MALVINCI, Respondent, v. JOE CAPELLINI, Appellant.— Order of filiation unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Dore and Cohn, JJ.

ANTHONY LAPADULA, Appellant, v. JOSEPH L. SIGRETTO, Respondent.—Action to recover $17,700 representing an alleged balance owing to plaintiff from defendant for services, pursuant to an alleged oral contract between the parties. Judgment directed in favor of defendant, after trial at Trial Term without a jury, unanimously affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Dore and Cohn, JJ.

FRANK ARANOW, as Receiver in Supplementary Proceedings of EDWARD N. HARTSTEIN and IRVING A. HARTSTEIN, Judgment Debtors, Respondent, v. BUNKER REALTY CORPORATION and Others, Appellants, Impleaded with Others.— Order denying motion of defendants-appellants for judgment dismissing the complaint on the ground that it fails to state facts sufficient to constitute a cause of action unanimously affirmed, with twenty dollars costs and disbursements, with leave to defendants-appellants to answer within ten days after service of order with notice of entry, upon payment of said costs and the ten dollars costs awarded at Special Term. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Dore and Cohn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LUKE COURTNEY, Appellant.— Judgment convicting defendant of violation of section 1832 of the Penal Law unanimously affirmed. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Dore and Cohn, JJ.